AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| NIDHIN KRISHNA PORUMBAMKULAM CHANDRAN, A# 219 116 326 *Plaintiff(s)* | ) ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 22-cv-2478 ARR-RER |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al. *Defendant(s)* | ) ) ) ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

SEE RIDER ATTACHED.-

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> James O. Hacking, III
> Hacking Immigration Law, LLC
> 10900 Manchester Road, Suite 203
> St. Louis, MO 63122

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna Mahoney

*CLERK OF COURT*

Date: 04/27/2022



s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 22-cv-2478 ARR-RER

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**Print**     **Save As...**     **Reset**

**LIST OF DEFENDANTS**
**NIDHIN KRISHNA PORUMBAMKULAM CHANDRAN v. United States Citizenship And Immigration Services, et al.**

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES
Serve:  U.S. Citizenship & Immigration Services
    5900 Capital Gateway Dr
    Camp Springs, MD 20588


UR MENDOZA JADDOU, Senior Official Performing the Duties of the Director of the United States Citizenship and Immigration Services
Serve:  U.S. Citizenship & Immigration Services
    5900 Capital Gateway Dr
    Camp Springs, MD 20588


GINA PASTORE, Director of the Brooklyn Field Office of the United States Citizenship and Immigration Services
Serve:  USCIS
    26 Federal Plaza #0127
    New York, NY 10278


MERRICK GARLAND, United States Attorney General
Serve:  Department of Justice
    950 Pennsylvania Ave., NW
    Washington, D.C. 20530

JACQUELYN M. KASULIS, Acting United States Attorney for the Eastern District of New York,
Serve:  271 Cadman Plaza East
    Brooklyn NY 11201